
FILED
MAR 11 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANNA WILSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LISA JOY,<br><br>　　　　　　　Defendant. | CV 19–96–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 20.) The parties confirm that this action has been settled on the merits.

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 11th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court